IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| SCOTT J. BACHMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The government's motion for reduction of sentence pursuant to Federal Rule of Criminal Procedure 35(b) (filing 36) is pending in this case. W. Russell Bowie has filed a motion to withdraw and to appoint substitute counsel (filing 45).

IT IS ORDERED that:

(1) Mr. Bowie is granted leave to withdraw and his motion (filing 45) to that extent is granted.

(2) The Federal Public Defender shall provide me with a nomination for a Panel Attorney to substitute for Mr. Bowie. I will then appoint counsel.

March 15, 2006.                    BY THE COURT:

                                                                      s/ *Richard G. Kopf*
                                                                      United States District Judge