IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SCOTT J. BACHMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Russ Bowie will shortly take his oath as a Douglas County, Nebraska District Judge. Accordingly, Mr. Bowie has moved to withdraw. With these facts in mind,

IT IS ORDERED that (1) Russ Bowie is granted leave to withdraw as counsel and his withdrawal is effective immediately; (2) Kevin J. Oursland is appointed as counsel for Scott J. Bachman; (3) the Federal Public Defender shall provide Mr. Oursland with a CJA voucher; (4) Mr. Oursland shall immediately file an entry of appearance; (5) within 10 days after the entry of this order, if Mr. Oursland desires a change in any schedules or deadlines, he shall file a motion requesting such change; and (6) my chambers shall provide a copy of this memorandum and order to Mr. Bowie and to Mr. Oursland and to the Federal Public Defender.

March 31, 2006.                             BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge